DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JESSICA WITVOET,

Appellant,

v.

STEVEN WITVOET,

Appellee.

No. 2D2025-0979

_____

April 24, 2026

Appeal from the Circuit Court for Manatee County; Charles Sniffen, Judge.

Ceci Culpepper Berman and Sarah B. Roberge of Brannock Berman & Seider, Tampa; Lora L. Steverson of Steverson Law, P.A., Tallahassee, for Appellant.

Kathi B. Halvorsen, Sarasota, for Appellee.


PER CURIAM.

 Affirmed.

KHOUZAM, ATKINSON, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.